# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

151282

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                                 SC: 151282
                                                 COA: 324831
                                                 Saginaw CC: 14-039708-FC

JOHN JOSEPH BARRERA,
         Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 21, 2015 order of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether, pursuant to *People v Thompson*, 488 Mich 888 (2010) and *People v Spanke*, 254 Mich App 642 (2003), Offense Variable 8, MCL 777.38, should not have been scored in this case where the movement was "incidental" to the offense of criminal sexual conduct in the second degree. See also *People v Hardy*, 494 Mich 430, 442 (2013) ("[A]bsent an express prohibition, courts may consider conduct inherent in a crime when scoring offense variables.").

       The application for leave to appeal remains pending.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016

t0922


Clerk